IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON LANDRUM, | * |
| Plaintiff, | * |
| v. | *  Case Number: 1:08-CV-140-WKW |
| DELTA INTERNATIONAL MACHINERY CORPORATION, LANDRUM INSTALLATION, et al. | * |
| Defendants. | * |

RECEIVED 2008 FEB 26 A 10: 13

## CERTIFICATE OF REMOVAL

The undersigned, as attorneys for Defendant Delta International Machinery Corporation, hereby certify that, as required by 28 U.S.C. §1446(a), they gave notice to all adverse parties of the removal of this action from the Circuit Court of Geneva County, Alabama, to this Court, by mailing a copy of the Notice of Removal to said parties, and further certifies that they have caused a copy of the Notice of Removal to be delivered to the Clerk of the Circuit Court of Geneva County, Alabama, where the action was originally pending.

Done this 25th day of February, 2008.

Respectfully submitted,

_____
JOSEPH P.H. BABINGTON (BAB7938)
ANNIE J. DIKE (DIKEA6170)
Attorneys for Defendant
Delta International Machinery Corporation

OF COUNSEL:
HELMSING, LEACH, HERLONG,
　NEWMAN & ROUSE, P. C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
251-432-5521
251-432-0633 (fax)
jpb@helmsinglaw.com
ajd@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all parties to this cause, or their attorney of record, by placing same in the United States Mail, postage prepaid, and addressed to their regular mailing addresses, or by hand delivery, as follows:

S. Mark Andrews
MORRIS, CARY, ANDREWS
　TALMADGE & DRIGGERS
Post Office Box 1649
Dothan, Alabama 36302-1649
mandrews@mcatlaw.com

this 25th day of February, 2008

_____
OF COUNSEL