**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BRANDON LANDRUM,** | * |
| | * |
|   Plaintiff, | * |
| | * |
| v. | *   Case No.: 1:08-cv-00140-WKW-TFM |
| | * |
| **DELTA INTERNATIONAL** | * |
| **MACHINERY CORPORATION,** | * |
| **LANDRUM INSTALLATION, and** | * |
| **DEFENDANTS 1-15,** | * |
| | * |
|   Defendants. | * |

**CONFLICT DISCLOSURE STATEMENT**

Defendant, Delta International Machinery Corporation, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☐     There are no entities to be reported, or

☒     The following entities and their relationship to the party are hereby reported:

| Reportable Entity: | Relationship to Party: |
|---|---|
| The Black & Decker Corporation | Indirect Parent Company |

        Respectfully submitted,

        **/s/ Joseph P.H. Babington**
        JOSEPH P.H. BABINGTON (BABIJ7938)
        ANNIE J. DIKE (DIKEA6170)
        Attorneys for Defendant
        Delta International Machinery Corporation

OF COUNSEL:
HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE, P.C.
150 Government Street, Suite 2000 (36602)
Post Office Box 2767
Mobile, Alabama 36652
251-432-5521
251-432-0633 (fax)
jpb@helmsinglaw.com
ajd@helmsinglaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who have appeared in the case and who have registered for such notification.

    S. Mark Andrews
    MORRIS, CARY, ANDREWS
      TALMADGE & DRIGGERS
    Post Office Box 1649
    Dothan, Alabama 36302-1649
    mandrews@mcatlaw.com

This 3rd day of March, 2008.

        **/s/ Joseph P.H. Babington**
        OF COUNSEL