**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANDON LANDRUM,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Case No.:  1:08-cv-00140-WKW-TFM** |
| | * | |
| **DELTA INTERNATIONAL** | * | |
| **MACHINERY CORPORATION,** | * | |
| **LANDRUM INSTALLATION, and** | * | |
| **DEFENDANTS 1-15,** | * | |
| | * | |
| **Defendants.** | * | |

**DEFENDANT DELTA INTERNATIONAL MACHINERY
CORPORATION'S MOTION TO WITHDRAW MOTION TO
STRIKE PLAINTIFF'S INTERROGATORIES**

Defendant Delta International Machinery Corporation ("Delta Machinery"), by and through its counsel, hereby withdraws its Motion to Strike Plaintiff's Interrogatories.  Because the parties have agreed to toll the deadline for Delta Machinery's responses to Plaintiff's Interrogatories, Delta Machinery's Motion to Strike is no longer necessary.


/s/  Joseph P.H. Babington
JOSEPH P.H. BABINGTON (BABIJ7938)
ANNIE J. DIKE (DIKEA6170)
Attorneys for Defendant Delta International
Machinery Corporation


OF COUNSEL:
HELMSING, LEACH, HERLONG,
        NEWMAN & ROUSE
POST OFFICE BOX 2767
MOBILE, ALABAMA  36652
(251) 432-5521
(251) 432-0633 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel who have appeared in the case and who have registered for such notification.

S. Mark Andrews
MORRIS, CARY, ANDREWS,
 TALMADGE & DRIGGERS
Post Office Box 1649
Dothan, Alabama 36302

this 20th day of March, 2008.

**/s/ Joseph P.H. Babington**
OF COUNSEL

162767                                                    2