IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON LANDRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-140-WKW |
| ) | |
| DELTA INTERNATIONAL MACHINERY ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Withdraw Motion to Strike Plaintiff's Interrogatories, it is ORDERED that the motion is GRANTED and that the defendant's motion to strike is withdrawn.

DONE this 25th day of March, 2008.

                                                   /s/   W.  Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE