**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BRANDON LANDRUM,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No.:1:08-cv-00140-WKW-TFM** |
| | ) |
| **DELTA INTERNATIONAL** | ) |
| **MACHINERY CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW Brandon Landrum, plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following certification concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

1.    This party is an individual.

2.    There are no entities to be reported.

Respectfully submitted this the 21st day of August, 2008.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
One of the Attorneys for Plaintiff
MORRIS, CARY, ANDREWS
TALMADGE & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone:  (334) 792-1420
Facsimile:  (334) 673-0077
Email: dtalmadge@mcatlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Annie J. Dike, Esq.;  Joseph Patrick Henican Babington, Esq.;  William L. Lee, III;  and William W. Nichols.


/s/ Dan Talmadge
Dan Talmadge