IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON LANDRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No.: 1:08-cv-00140-WKW-TFM |
| ) | |
| DELTA INTERNATIONS MACHINERY ) | |
| CORPORATION, LANDRUM ) | |
| INSTALLATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, Randy Landrum d/b/a Landrum Installation, in the above captioned matter, and in accordance with the Order of this Court, make the following disclosure concerting parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual who does business as Landrum Installation. Landrum Installation, therefore, is a sole proprietorship owned and operated by Randy Landrum.

Respectfully submitted this 22nd day of April, 2008.

*s/ William L. Lee, III*
WILLIAM L. LEE, III    (LEE007)
wlee3@leeandmcinish.com

*s/ William W. Nichols*
WILLIAM W. NICHOLS  (NIC027)
wnichols@leeandmcinish.com

**OF COUNSEL:**
LEE & McINISH, P.C.
*Attorney for Defendant Landrum*
238 West Main Street (36301)
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
Facsimile (334) 794-8342

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: S. Mark Andrews, Esq., Annie J. Pike, Esq., and Joseph Patrick Henican Babington, Esq.; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: NONE.

      Dated this the 22nd day of April, 2008.

                                      *s/ William W. Nichols*
                                      OF COUNSEL