# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON LANDRUM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.:1:08-cv-00140-WKW-TFM** |
| ) | |
| **DELTA INTERNATIONAL** ) | |
| **MACHINERY CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

COMES NOW Dan Talmadge, the undersigned attorney, and hereby submits his Notice of Appearance as additional counsel for the Plaintiff in the above-styled matter.

Respectfully submitted this 24th day of April, 2008.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
One of the Attorneys for Plaintiff
MORRIS, CARY, ANDREWS
TALMADGE & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077
Email: dtalmadge@mcatlaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: S. Mark Andrews, Esq.; Annie J. Dike, Esq.; Joseph Patrick Henican Babington, Esq.; William L. Lee, III; and William W. Nichols.

                                        /s/ Dan Talmadge
                                        Dan Talmadge